UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Albert Henry Jones**                                         **Docket No. 5:10-CR-144-2D**

### Petition for Action on Supervised Release

COMES NOW Dewayne L. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Albert Henry Jones, who, upon an earlier plea of guilty to Distribution of a Quantity of Cocaine Base (Crack) and Aiding and Abetting, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on September 6, 2011, to the custody of the Bureau of Prisons for a term of 84 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Jones was released from custody on June 8, 2016, at which time the term of supervised release commenced. On June 27, 2016, a Violation Report was submitted to the court advising that Jones was charged in Wilson County, North Carolina, with Assault by Strangulation, Assault on a Female, and Communicating Threats (16CR52046). Jones denied committing these offenses, and the court agreed to continue supervision pending adjudication. These charges were voluntarily dismissed on October 10, 2016. On November 21, 2016, a Violation Report was submitted advising that on November 9, 2016, Jones tested positive for marijuana, which was confirmed through laboratory analysis on November 20, 2016. The defendant admitted to using marijuana, and he signed an admission of drug use form. Jones was verbally reprimanded for this drug use and counseled about his actions. He was referred to outpatient substance abuse treatment. The court agreed to continue supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

During a home inspection on May 24, 2017, the defendant tested positive for marijuana, and he signed an admission of drug use form acknowledging that he smoked marijuana on May 21, 2017. He has been verbally reprimanded for this violation, counseled about his actions, and has been instructed to attend weekly outpatient substance abuse treatment. As a sanction for this drug use, the probation office is recommending that he be placed on 60 days curfew with electronic monitoring. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Albert Henry Jones
Docket No. 5:10-CR-144-2D
Petition For Action
Page 2

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dewayne L. Smith
Dewayne L. Smith
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2338
Executed On: June 1, 2017

## ORDER OF THE COURT

Considered and ordered this __12__ day of __June__, 2017, and ordered filed and made a part of the records in the above case.

__/s/ James C. Dever__
James C. Dever III
Chief U.S. District Judge